01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08   SUZANNE DENISE SPENCER,                    )
                                                )
09                      Petitioner,             )      CASE NO. C11-802-RAJ-MAT
                                                )
10         v.                                   )      ORDER GRANTING PETITIONER'S
                                                )      MOTION TO AMEND COVER PAGE
11   JOSE ARROYA, Deportation Officer, United )
     States Immigration and Customs             )
12   Enforcement, *et al*.,                     )
                                                )
13                      Respondents.            )
     _____        )

14

15         The Court, having considered petitioner's motion to amend cover page (Dkt. No. 8) to

16   name a proper respondent, the Court hereby GRANTS the motion.   The Clerk shall substitute

17   Jose Arroya, Deportation Officer, United States Immigration and Customs Enforcement;

18   Nathalie Asher, Seattle Field Office Director, United States Immigration and Customs

19   Enforcement; James Boening, Assistant Seattle Field Office Director, United States

20   Immigration and Customs Enforcement; Janet Napolitano, Secretary of the Department of

21   Homeland Security; and Lowell Clark, Warden of the Northwest Detention Center; as

22   respondents in this case.

ORDER GRANTING PETITIONER'S
MOTION TO AMEND COVER PAGE
PAGE -1

01          The Clerk shall direct a copy of this Order to petitioner and to the Honorable Richard A.

02  Jones, United States District Judge.

03          DATED this 6th day of June, 2011.

04

05  _____

                                    Mary Alice Theiler
06                                  United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PETITIONER'S
MOTION TO AMEND COVER PAGE
PAGE -2